UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JOHN G. WESTINE, | ) | |
| Petitioner, | ) | Civil Action No. 5: 18-523-DCR |
| v. | ) | |
| WARDEN, Federal Medical Center, et al., | ) | **JUDGMENT** |
| Respondents. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the Respondents with respect to all issues raised in this proceeding.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: September 28, 2018.


Signed By:
*Danny C. Reeves*
United States District Judge